UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7045**

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

      v.

GEORGE MCLEOD, III, a/k/a Pimp Stick Quezzy,

            Defendant - Appellant.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Cameron McGowan Currie, District
Judge.  (3:12-cr-00329-CMC-1; 3:14-cv-00365-CMC)

Submitted:  November 18, 2014        Decided:  November 21, 2014

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

George McLeod, III, Appellant Pro Se.  Tommie DeWayne Pearson,
Assistant United States Attorney, Jamie L. Schoen, OFFICE OF THE
UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George McLeod, III, seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2255 (2012) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2012). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2012). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that McLeod has not made the requisite showing. Accordingly, we deny McLeod's motion for a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the

2

materials before this court and argument would not aid the decisional process.

DISMISSED